UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RONNIE DANTE THOMAS,

          Plaintiff,

v.

E. HARDIMAN et al.,

          Defendants.

_____/

Case No. 1:22-cv-743

Honorable Jane M. Beckering

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The Court dismissed Plaintiff's action on September 26, 2022 (ECF Nos. 5, 6). The Court also certified that an appeal would not be taken in good faith. (*Id.*) The Sixth Circuit directed Plaintiff to pay the filing fee or to file in that court a motion for leave to proceed on appeal *in forma pauperis*. Instead, Plaintiff has filed in this court a motion to proceed on appeal *in forma pauperis*. Because this Court certified that Plaintiff's appeal would not be taken in good faith, this Court may not grant Plaintiff leave to proceed on appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3). Plaintiff's relief, if any, must come from the Sixth Circuit Court of Appeals as set forth in that court's October 13, 2022, correspondence to Plaintiff. (ECF No. 9.) To the extent Plaintiff seeks that relief from this Court, his request is denied.

    **IT IS SO ORDERED**

Dated:   December 2, 2023          /s/ Ray Kent
                                                                 Ray Kent
                                                                 United States Magistrate Judge